## Keller v. The State.

### Crime.

(Decided Jan. 11, 1906, 40 So. Rep. 85.)

APPEAL from Walker Circuit Court.
Heard before Hon. A. A. COLEMAN.

CALDWELL & CARMICHAEL and RAY, LEITH and SHEPHARD, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.

---

## Adams v. The State.

### Crime.

(Decided Jan. 11, 1906, 40 So. Rep. 85.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. D. A. GREENE

P. D. DAUGETTE, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.

---

## Bondman v. The State.

### Murder.

(Decided Jan. 9, 1906, 40 So. Rep. 85.)

APPEAL from Lamar Circuit Court.
Heard before Hon. S. H. SPROTT.

No counsel marked for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.